UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CLAUDIA A. BARBER, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 17-cv-620 (KBJ) |
| DISTRICT OF COLUMBIA GOVERNMENT, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER GRANTING IN PART AND DENYING IN PART
DEFENDANTS' MOTIONS TO DISMISS**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that District Defendants' Motion to Dismiss Plaintiff's consolidated complaints (ECF No. 25) is **GRANTED IN PART AND DENIED IN PART**. The motion is granted to the extent that it seeks dismissal of Count V of *Barber I* against Natale and Nolen, and Counts I, II, III, and IV of *Barber I*. The motion is denied to the extent that it seeks dismissal of Counts I, II, III, and IV of *Barber II*, and Count V of *Barber I* against the District and Adams.

It is

**FURTHER ORDERED** that Defendant Jarashow's Motion to Dismiss (ECF No. 26) is **GRANTED** in full.

It is

**FURTHER ORDERED** that the following counts are **DISMISSED WITHOUT PREJUDICE**: Counts I, II, III, IV, VI, and VII, and Count V as against Natale and Nolen, of *Barber I*.  (*See* First Am. Compl., No. 17-cv-620, ECF No. 11.)

It is

**FURTHER ORDERED** that Barber's oral motion to amend the complaint is **GRANTED** as to Count I of *Barber I*.

Finally, it is

**FURTHER ORDERED** that, on or before **September 13, 2019**, Plaintiff shall file an amended complaint consolidating the claims that remain, which shall include:  Count V of *Barber I* as against the District and Adams (*see id.*), and Counts I–IV of *Barber II* (*see* Compl., No. 17-cv-1680, ECF No. 1-3).  Plaintiff has leave to amend Count I of *Barber I*.

Date:  August 13, 2019                *Ketanji Brown Jackson*
                                                    KETANJI BROWN JACKSON
                                                    United States District Judge