UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLAUDIA A. BARBER,<br><br>    Plaintiff,<br><br> v.<br><br>DISTRICT OF COLUMBIA GOVERNMENT,<br>EUGENE ADAMS,<br><br>    Defendants. | Case No. 17-cv-620 (JMC) |

## ORDER

For the reasons that the Court will provide on the record at an upcoming hearing, it is hereby **ORDERED** that Defendants' motion for summary judgment, ECF 62, is **GRANTED in part** and **DENIED in part** as follows:

For Count I, Discrimination in violation of the District of Columbia Human Rights Act (DCHRA) against Defendants District of Columbia and Eugene Adams, the motion is **DENIED** with respect to Plaintiff's claims regarding her failure to be appointed to PALJ and acting PALJ positions before February 2016 and **GRANTED** with respect to Plaintiff's remaining claims.

For Count II, Retaliation in violation of the DCHRA against the District and Adams, the motion is **DENIED** with respect to Plaintiff's claims regarding her failure to be appointed to PALJ and acting PALJ positions before February 2016 and **GRANTED** with respect to Plaintiff's remaining claims.

For Count III, Discrimination in violation of Title VII against the District, the motion is **DENIED** with respect to Plaintiff's claims regarding her failure to be appointed to PALJ and acting PALJ positions before February 2016 and **GRANTED** with respect to Plaintiff's remaining claims.

1

For <u>Count IV</u>, Retaliation in violation of Title VII against the District, the motion is **DENIED** with respect to Plaintiff's claims regarding her failure to be appointed to PALJ and acting PALJ positions before February 2016 and **GRANTED** with respect to Plaintiff's remaining claims.

For <u>Count V</u>, Retaliation in violation of the D.C. Whistleblower Protection Act against the District and Adams, the motion is **GRANTED**.

It is further **ORDERED** that the Parties shall appear for a status hearing for the Court to provide its reasoning on the record and set a date for trial, on January 27, at 2:30 PM. The conference will be on the record before Judge Jia M. Cobb and conducted via Zoom. The Court's Deputy Clerk will provide the information necessary to access the conference.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: December 31, 2025